**CITY OF PROVIDENCE et al.**

v.

**Anthony J. SOLOMON.**

**No. 80–396–A.**

Supreme Court of Rhode Island.

June 17, 1982.

Edward R. DiPippo, Frank Mastrati, Jr., Asst. City Sols., Providence, for petitioners.

Dennis J. Roberts II, Atty. Gen., Eileen G. Cooney, Sp. Asst. Atty. Gen., for respondent.

**ORDER**

The motion of the City of Providence of an enlargement of the time within which to seek reargument is denied.

SHEA, J., did not participate.

**Wilfred COUTURE**

v.

**RUMFORD PROPERTY AND LIABILITY INSURANCE COMPANY.**

**No. 82–244.**

Supreme Court of Rhode Island.

June 17, 1982.

McKinnon & Fortunato, Daniel V. McKinnon, Pawtucket, for plaintiff.

Selya & Iannuccillo, Inc., John G. Hines, Providence, for defendant.

**ORDER**

The petition for writ of certiorari and motion for stay are hereby denied.

SHEA, J., did not participate.

**HOWARD UNION OF TEACHERS et al.**

v.

**STATE.**

**No. 82–195–M.P.**

Supreme Court of Rhode Island.

June 17, 1982.

Abedon, Michaelson, Stanzler, Biener, Skolnik & Lipsey, Richard A. Skolnik, Providence, for petitioners.

John J. Turano, Labor Relations Administrator, Westerly, for respondent.

**ORDER**

The petition for writ of certiorari is granted.

SHEA, J., did not participate.